UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RANDY TERRELL, et al.,** } | |
| } | |
| Plaintiffs, } | |
| } | |
| vs. } | **CASE NO. CV 93-B-2690-S** |
| } | |
| **TOMMY HERRING, et al.,** } | |
| } | |
| Defendants. } | |

## MEMORANDUM OPINION

This case is currently before the court on the defendants' Motion for Termination of Consent Decree and for Dismissal. (Doc. 79.)[1] Upon consideration of the record, the submissions of the parties, and the relevant law, the court is of the opinion that the defendants' Motion is due to be granted.

This action was filed in 1993 by Randy Terrell, representing a class of persons incarcerated at that time in the Walker County, Alabama Jail and those who might be incarcerated there in the future. After conducting discovery, the parties entered into a proposed consent order which the court adopted on March 16, 1995. (Doc. 50.) Pursuant to the terms of the Consent Decree, this court has retained jurisdiction in this case to ensure that the Consent Decree and all provisions therein are fully implemented. (Id. at 23, ¶ 93.) Since March of 1995, a court-appointed Monitor has made regular reports to

---

[1] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.

the court regarding the defendants' progress toward achieving the goals and requirements set out in the Consent Decree, as well as their ability to meet constitutional standards in the operation of the new jail facility.  The Monitor's reports have consistently shown a willingness and effort on defendants' part to operate the Walker County, Alabama Jail in compliance with the terms of the Consent Decree.  (Motion to Terminate Consent Decree and for Dismissal, Doc. 79, ¶ 5.)  Defendants state that it is their intention to continue to operate the facility in a safe and constitutional manner, however, they move the court to terminate the Consent Decree and dismiss this case so that they may do so without the expenditure necessary to compensate the court-appointed Monitor.  (Id., ¶ 6.)

Defendants have made a showing that they are in compliance with the terms of the Consent Decree.  Plaintiffs do not object to the defendants' Motion for Termination of the Consent Decree and For Dismissal.  (Response to Defendants' Motion for Termination of Consent Decree, Doc. 82.)  Therefore, pursuant to the terms of the Consent Decree, this court's jurisdiction over the subject matter of this action shall end.  (Doc. 50 at 23, ¶ 93.)

An Order granting defendants' Motion, (doc. 79), terminating the Consent Decree, and dismissing this action will be entered contemporaneously with this Memorandum Opinion.

  **DONE** this the 9th day of August, 2006.

            *Sharon Lovelace Blackburn*
            _____
            SHARON LOVELACE BLACKBURN
            UNITED STATES DISTRICT JUDGE